GODDARD LAW PLLC
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006
O:(646) 504-8363
C:(504) 909-0792
F:(212) 473-8705
megan@goddardlawnyc.com

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York                February 5, 2020
500 Pearl Street
New York, New York 10007

<u>Goddess Stallings v. WellLife Network</u>
Case No. 19-cv-09433(JMF)

Dear Honorable Jesse M. Furman:

    This law firm represents Plaintiff Goddess Stallings in the above referenced matter. I write this letter with the consent of Defendant's Counsel.  The Parties' mediation is currently scheduled for February 5, 2020 and we respectfully request the adjournment of this mediation until March 30, 2020 as the mediator and all parties have agreed to that date and are waiting for confirmation from the SDNY office as to space.

    Neither Plaintiff nor Defendant has requested adjournment or extensions of time for this mediation previously. Plaintiff's counsel has spoken to Defendant's counsel, who has consented to the adjournment. This is the Parties' first request for the adjournment of this mediation, and the request is made due to a medical issue requiring Plaintiff's counsel to be on medical leave.

    The initial conference for this case before Your Honor is scheduled for March 3, 2020, and the Parties also respectfully request that the initial conference be postponed at the Court's convenience to a date after March 30, 2020.  Neither party has previously made a request for an adjournment of the initial conference, but we believe it makes more sense to have the initial conference after the mediation, if necessary.

                                              Respectfully,

                                              /s/
                                              Megan S. Goddard

The Court is sorry to hear about Plaintiff's counsel's medical problems and wishes counsel well.  That said, the parties should have requested an adjournment and extension earlier; future untimely requests may be denied on that basis alone.  Nevertheless, the initial pretrial conference currently scheduled for March 3, 2020, is ADJOURNED to **April 28, 2020, at 3:45 p.m**.  The parties' deadline to participate in a mediation session is EXTENDED *nunc pro tunc* to April 14, 2020.  The Clerk of Court is directed to terminate ECF No. 13.  SO ORDERED.

February 6, 2020

1